1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PHILLIP GONZALES,                          No.  2:17-cv-0098 CKD P

12                  Petitioner,

13         v.                                     ORDER

14    JEFFREY BEARD,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed in forma pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                  1

    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

form used by this district.

Dated:  January 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; gonz0098.101a

2